| | |
|---|---|
| **SILVERMANACAMPORA LLP**<br>Attorneys for Kenneth P. Silverman,<br>  Chapter 7 Trustee<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Adam L. Rosen<br>Justin S. Krell | **Hearing Date: September 12, 2011**<br>**Time: 10:00 a.m.**<br><br>**Objections Due: September 5, 2011**<br>**Time: 4:00 p.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>INTEREP NATIONAL RADIO<br>SALES, INC., et al.,<br><br>        Debtors. | Chapter 7<br>Case No. 08-11079 (RDD)<br>(Substantively Consolidated) |

----------------------------------------------------------------x

**NOTICE OF HEARING ON APPLICATIONS FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MARCH 1, 2011 THROUGH JUNE 30, 2011**

**PLEASE TAKE NOTICE**, that on **September 12, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, a hearing (the "Hearing") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, The Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601 on the applications (the "Applications") for compensation and reimbursement of expenses as referenced below:

| Applicant | Application Period | Amount Requested |
|---|---|---|
| SILVERMANACAMPORA LLP,<br>Attorneys for the Kenneth P. Silverman, Chapter 7 Trustee | March 1, 2011 – June 30, 2011 | Fees:          $241,588.05<br>Expenses:    $    5,981.84<br>Prior Holdback: $ 80,000.00<br>Total:           $327,569.89 |
| Smith, Todd, McEntee & Company, LLP<br>Tax Preparers for the Trustee | March 1, 2011 – June 30, 2011 | Fees:           $ 7,967.50<br>Expenses:     $     185.26<br>Total:            $ 8,152.76 |

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Applications are on file with, and may be inspected at, the Clerk of the United States Bankruptcy Court, The Honorable Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York

GMD/950357.1/056192

10601 during its regular business hours or by accessing the Court's website at www.nysb.uscourts.gov for registered users of the PACER system. Copies may also be obtained by contacting counsel to the Trustee in writing at SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Justin S. Krell, Esq., (516) 479-6300; jkrell@SilvermanAcampora.com.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Applications shall be (i) made in writing, (ii) filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, The Honorable Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a 3.5 inch floppy disk with a hard copy delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, The Honorable Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, and (iii) served in accordance with General Order M-399 and a copy served upon and received by SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Justin S. Krell, Esq., and The Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Elisabetta Gasparini, Esq., so as to be actually received no later than **September 5, 2011 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court or by the filing of a notice of adjournment on the docket sheet for the Debtors' case.

Dated: Jericho, New York
      August 16, 2011

                              **SILVERMANACAMPORA LLP**
                              Attorneys for Kenneth P. Silverman, Esq.
                                Chapter 7 Trustee

                              By:   s/ Adam L. Rosen
                                    Adam L. Rosen
                              A Member of the Firm
                              100 Jericho Quadrangle, Suite 300
                              Jericho, New York 11753
                              (516) 479-6300