UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re:

**INTEREP NATIONAL RADIO
SALES, INC.**, *et al.*,

                                            Debtors.

---------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:

Chapter 7

Case No. 08-11079 (RDD)

(Substantively Consolidated)

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                           ) ss
COUNTY OF NASSAU       )

I, Jeffrey S. Stein, being duly sworn, depose and state:

1.      I am a Vice President with The Garden City Group, Inc., the claims and noticing agent for Kenneth P. Silverman, as Chapter 7 Trustee (the "Trustee") of the substantively consolidated estates of Interep National Radio Sales, Inc., et al., in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York, 11042-1013.

2.      On August 15, 2011, at the direction of the Trustee, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties set forth on Exhibit A:

- Trustee's Motion Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019(a) Seeking Entry of Order Approving Stipulation of Settlement Resolving Proofs of Claim Filed by Citadel Broadcasting Corporation [Docket No. 1060].

                                    /s/ Jeffrey S. Stein
                                    Jeffrey S. Stein

Sworn to before me this 22nd day of
August, 2011

/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires:  August 8, 2014

# EXHIBIT A

ABBIE LYMUN
1943 KOCHLING RD
NORTHBROOK, IL 60062

ADRIENNE PALEN
34 TRASK RD
PEABODY, MA 01960

AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS, IA 52499-5555

AFSHAN KABANI
1700 BAY ST APT 202
SAN FRANCISO, CA 94123-1740

AFSHAN KABANI
211 E 73RD ST, APT 5E
NEW YORK, NY 10021

AIMEE E PUGLIESE
2417 W HUTCHINSON ST #2E
CHICAGO, IL 60618

ALEXANDER MCTIGHE
1014 DOROTHEA DRIVE
RALEIGH, NC 27603

ALEXIS SHEIBAR
112 E 103RD ST APT 7
NEW YORK, NY 10029

ALLIED PARKING INC
800 S 9TH ST
MINNEAPOLIS, MN 55404

ALLISON BURRES
5075 PEAR RIDGE DRIVE
APT. # 632
DALLAS, TX 75287

AMERICAN EXPRESS TRAVEL RELATED
SVCS CO INC CORP CARD
C/O BECKET & LEE LLP  ATTORNEY/AGENT
FOR CREDITOR  P O BOX 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS TRAVEL RELATED
SVCS CO INC CORP CARD
C/O BECKET & LEE LLP  ATTORNEYS/AGENT
FOR CREDITOR PO BOX 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS TRAVEL RELATED
SVCS CO INC CORP CARD
C/O BECKET & LEF LLP ATTORNEYS/AGENT FOR
CREDITOR  P O BOX 1001
MALVERN, PA 19355-0701

AMY E BAKER
2067 POWERS FERRY RD APT J
MARIETTA, GA 30067

ANASTASIA O'NEIL
15 OAK STREET
MEDWAY, MA 02053

ANDREA TEICHNER
5460 BROMELY DR
OAK PARK, CA 91377-4749

ANDRES RINCON
3225 TURTLE CREEK BLVD #1033
DALLAS, TX 75219

ANDREW D CHAMBERS
928 RACE ST APT 8D
PHILADELPHIA, PA 19107-2437

ANN PETRYK
52 ZANE GREY WAY
BARRYVILLE, NY 12719

ANN RYSENGA
1723 EDGEWOOD BLVD
BERKELEY, MI 48072

ANN SERFASS
624 COURT ST
SCRANTON, PA 18508

ANNA WALSH- PMT FOR AUSTIN WALSH
PO BOX 475
KENTFIELD, CA 94914

ANN-MARIE FIGUEIRA
15-50 200 ST
BAYSIDE, NY 11360

ANNY MANSFIELD
42 BRIDGE RD
NEW HEMPSTEAD, NY 10977

ANTHONY FASOLINO
12 STONE HOLLOW WAY
ARMONK, NY 10504

ANTHONY J FASOLINO
12 STONE HOLLOW WAY
ARMONK, NY 10504

ANTHONY MORRIS
116 27 237 ST
ELMONT, NY 11003

ANTOINE LAROCHE
PO BOX 8732
PHOENIX, AZ 85066-8732

AR ENVIRONETICS GROUP INC
116 E 27TH ST
NEW YORK, NY 10016

ARENT FOX LLP
ATT: ROBERT HIRSH & DAVID KOZLOWSKI
1675 BROADWAY
NEW YORK, NY 10019

ARLYN LAWRENCE
2016 HUNTINGDON CHASE
ATLANTA, GA 30350

ARTHUR LAU
71-40 112 ST
APT 705
FOREST HILLS, NY 11375

ASHLEY BUTLER
1355 E 18TH ST APT 1K
BROOKLYN, NY 11230-7565

ASHLEY JOHNSON
525 N FAYETTE ST #614
ALEXANDRIA, VA 22314-2272

ASIESA BROWN
675 VANDERBILT AVE 1B
BROOKLYN, NY 11238

AUTUMN CAVALCANTE
104 GRASMERE RD
BALA CYNWYD, PA 19004

AVAYA
C/O RMS BANKRUPTCY SERVICES
PO BOX 5126
TIMONIUM, MA 21094

B & F COFFEE SERVICE
3535 COMMERCIAL AVE
NORTHBROOK, IL 60062

BANC OF AMERICA LEASING & CAPITAL LLC
BANC OF AMERICA LEASING
2600 W BIG BEAVER
TROY, MI 48084

BARBARA BALDEN
470 2ND AVE
NEW YORK, NY 10016

BARBARA BARONE
6 WILD RUN
SMITHTOWN, NY 11787

BARBARA GMEREK
4887 N ASHLAND AVE
CHICAGO, IL 60640-3412

BARBARA GUIRADO NORIEGA
PO BOX 50861
PASADENA, CA 91115

BARRY A GORFINE
39735 REGENCY WAY
PALM DESERT, CA 92211

BARRY FISCHER
501 LIVINGSTON COURT
EDGEWATER, NJ 07020

BDO SEIDMAN
ATT: LAWRENCE GOLDBERG
DIRECTOR, RECEIVABLE MANAGEMENT
4035 PREMIER DRIVE, SUITE 333
HIGH POINT, NC 27265

BECKER GLYNN MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
ATTY FOR LESLIE D. GOLDBERG
299 PARK AVENUE
NEW YORK, NY 10171

BERGEN WESTCHESTER CONSTRUCTION
GROUP LLC
48 FAIRLAWN DRIVE
HEWITT, NJ 07421

BERNARD HOWARD
100 GREAT NECK RD
GREAT NECK, NY 11021

BONNIETA RARICK
230 E ONTARIO
#1405
CHICAGO, IL 60611

BORGES & ASSOCIATES LLC
WANDA BORGES
575 UNDERHILL BLVD STE 118
SYOSSET, NY 11791

BRADLEY YOUNG
24206 HARTLAND ST
WEST HILLS, CA 91307-2928

BRANDI LESTER
28 BUCHANAN ST NE
WASHINGTON, DC 20011

BREANN SHANER
436 SOUTH ORANGE ST
ORANGE, CA 92866

BRIAN FLEMING
8 POST OAK LN APT 23
NATICK, MA 01760

BRIAN M CANDEE
210 E 36TH ST
APT: PHA
NEW YORK, NY 10016

BRIAN M CANDEE
210 E 36TH ST PH A
NEW YORK, NY 10016

BRIAN MCCULLOUGH
119 LONG DR.
HEMPSTEAD, NY 11550

BRIAN P SCHNEEKLOTH
3 STONEBRIDGE CIRCLE
NATICK, MA 01760

BRIAN SCHNEEKLOTH
3 STONEBRIDGE CIRCLE
NATICK, MA 01760

BRIAN TARLETON
95 RAYMOND LN
WYCKOFF, NJ 07481

BRIAN THOMAS
PO BOX 480
LITTLE ELM, TX 75068

BRONXVILLE FAMILY PARTNERSHIP LP
2090 PALM BEACH LAKES BLVD STE 300
WEST PALM BEACH, FL 33409

BRUCE FENIGER
4 CAMEO CT
CARMEL, NY 10512

BUCHANAN INGERSOLL & ROONEY PC
ATT: NOLA R. BENCZE, ESQ.
700 ALEXANDER PARK
SUITE 300
PRINCETON, NJ 08540

CA-10880 WILSHIRE LIMITED PARTNERSHIP
ATN MATTHEW H K0RITZ ESQ
C/O EQUITY OFFICE
TWO NORTH RIVERSIDE PLAZA, SUITE 2100
CHICAGO, IL 60606

CADWALADER WICKERSHAM & TAFT LLP
SAMUEL S. CAVIOR, ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CANDICE JOYCE TURNER
2177 LAKE PARK DRIVE
APT I
SMYRNA, GA 30080

CARI SRIRO
1414 GRANT ST
SANTA MONICA, CA 90405

CARINA V ASTON
8605 WOODLEDGE LN
ROSWELL, GA 30076-3574

CARLA HERNANDEZ
510 SOUTH BURNSIDE AVENUE #9J
LOS ANGELES, CA 90036

CARTER BROADCAST GROUP INC
DBA KPRT AM KPRS FM
11131 COLORADO AVE
KANSAS CITY, MO 64137

CARYN JACOBY
1930-41 SUNRISE HIGHWAY
MERRICK, NY 11566

CASSY SUE MACDONALD
6910 WINDHAVEN PARKWAY #303
THE COLONY, DC 75056

CATHY KAUFMAN
8886 LAKEVIEW DRIVE
FAIRHOPE, AL 36532

CATHY WICHMAN
721 WYNDSOR CREEK DR
SOUTHLAKE, TX 76092

CBS RADIO INC
C/O CBS LAW DEPT
ATTN HELEN D'ANTONA
51 W 52ND ST
NEW YORK, NY 10019

CBS RADIO INC AND EXHIBIT A ATTACHED
ATTN STEPHEN A HILDEBRANDT ESQ
1515 BROADWAY 46TH FL
NEW YORK, NY 10036

CBS RADIO INC AND EXHIBIT A ATTACHED
ATTN: STEPHEN A HILDEBRANDT ESQ
1515 BROADWAY 46TH FL
NEW YORK, NY 10036

CBS RADIO, INC.
11 STANWIX STREET
PITTSBURGH, PA 15222

CHAD HALL
3990 SPRING VALLEY RD #526
DALLAS, TX 75244

CHARLES A MAISANO
410 BRIGHTON CREST
ROSEWELL, GA 30075

CHARLES CRAWFORD
2215 CEDAR SPRINGS RD #1605
DALLAS, TX 75201

CHARLES STARRATT
10880 INDIAN VILLAGE DR
ALPHARETTA, GA 30022

CHRISTINA PRIOR
201-07 34TH AVE
BAYSIDE, NY 11361

CHRISTINE ROHLEDER
35 E 38TH ST
NEW YORK, NY 10016-2529

CHRISTOPHER LYNCH
1 LANDMARK SQ, APT #327
PORT CHESTER, NY 10573

CHRISTY DORSEY
390 TAMARACK STREET
PARK FOREST, IL 60466

CIT TECHNOLOGY FINANCING
C/O WELTMAN WEINBERG & REIS CO
175 S THIRD ST STE 900
COLUMBUS, OH 43215

CIT TECHNOLOGY FINANCING
WELTMAN WEINBERG & REIS CO
175 S THIRD ST STE 900
COLUMBUS, OH 43215

CITY AND COUNTY OF SAN FRANCISCO
TAX COLLECTOR
BUREAU OF DELINQUENT REVENUE
BANKRUPTCY UNIT
PO BOX 7426
SAN FRANCISCO, CA 94120-7426

CITY OF NEW YORK DEPARTMENT OF FINANCE
ATTN BANKRUPTCY UNIT
AUDIT DIVISION
345 ADAMS ST 5TH FL
BROOKLYN, NY 11201

CITY OF PHILADELPHIA
C O ASHELY M CHAN ESQ
HANGLEY ARONCHICK SEGAL & PUDLIN
1 LOGAN SQ 2ND FL
PHILADELPHIA, PA 19103

CODY GROVE
2600 PLEASANT ST APT B1
MINNEAPOLIS, MN 55408

COFFEE CONNECTION INC
1460 COMBERMERE
TROY, MI 48083

COHN BIRNBAUM & SHEA PC
SCOTT D ROSEN
100 PEARL ST 12TH FL
HARTFORD, CT 06103

COMED
BANKRUPTCY SECTION REVENUE MANAGEMENT
COMED INC
2100 SWIFT DR
OAKBROOK, IL 60523

COMMERCIAL TENANT SERVICES
228 EAST 45TH ST 9TH FL
NEW YORK, NY 10017

CONSOLIDATED EDISON CO OF NY INC
BANKRUPTCY GROUP
4 IRVING PL RM 1875 S
NEW YORK, NY 10003

CONSTITUTION PARTNERS LP
C/O KAISERMAN COMPANY INC
201 S 18TH ST STE 300
PHILADELPHIA, PA 19106

CRYSTAL D PATTON
2854 E DUNLIN WAY
ONTARIO, CA 91761

CYNTHIA MAYWEATHER
1431 SO CURSON AVE
LOS ANGELES, CA 90019

D/I LASER PRODUCTS/DALLAS INC
PO BOX 674052
DALLAS, TX 75267

D2 STUDIOS INC
142 ELM STREET
DOVER, NJ 07801

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON
2323 BRYAN STREET  SUITE 1600
DALLAS, TX 75201

DAMIAN DENNISON
463 FRANKLIN BLVD
SOMERSET, NJ 08873

DANA FIERCE
4530 PARK COMMONS DR APT 314
MINNEAPOLIS, MN 55416-4956

DANA LACEY
2702 WHETSTONE
CORINTH, TX 76210

DANIEL CICERO
500 BEDFORD ST
STAMFORD, CT 06901

DANIELLE NEARY
21 AVALON LANE
MARLBOROUGH, CT 06447

DANNY ARROYO
621 METROPOLITAN AVE
BROOKLYN, NY 11211

DAVID E. KENNEDY
623 OWEN RD.
YORK, PA 17403

DAVID KAUFMAN
426 PINES LAKE DR EA
WAYNE, NJ 07470

DAVID KENNEDY
623 OWEN ROAD
YORK, PA 17403

DAVID MORGANLANDER
855 PEACHTREE ST NE #3112
ATLANTA, GA 30308-1218

DAVID SPIEGEL
160 W 97TH ST 2K
NEW YORK, NY 10025

DAVID Z SPIEGEL
160 W 97TH ST APT 2K
NEW YORK, NY 10025

DAVIS & GILBERT LLP
1740 BROADWAY
ATTN: GERALD R URAM ESQ
NEW YORK, NY 10019

DAVIS & GILBERT LLP
ATTN GERALD R URAM ESQ
1740 BROADWAY
NEW YORK, NY 10019

DE LAGE LANDEN FINANCIAL SERVICES INC
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

DEAN CANTER
20222 ADRIENE WAY
SAUGUS, CA 91350

DEBORAH MURPHY
9315 CLEARHURST DR
DALLAS, TX 75238

DEL LEFEVRE
210 5TH AVE APT 8
VENICE, CA 90291-7605

DELL MARKETING LP
ATTN: STEPHEN H GROSS
HODGSON RUSS LLP, ATTYS FOR CLAIMANT
60 E 42ND ST, 37TH FL
NEW YORK, NY 10165-0150

DELL MARKETING LP
C O SABRINA L STREUAND ESQ
STRESUAND & LANDON LLP
816 CONGRESS AVE STE 1600
AUSTIN, TX 78701

DELTACOM
ATTN SONIA M BROWDER
SR TREASURY ANALYST & PARALEGAL
7037 OLD MADISON AVE STE 400
HUNTSVILLE, AL 35806

DEPARTMENT OF REVENUE STATE OF OREGON
REVENUE BUILDING
955 CENTER ST NE
SALEM, OR 97301-2555

DEPT OF LABOR & INDUSTRIES BANKRUPTCY UN
PO BOX 44171
OLYMPIA, WA 98504-4171

DEVON OSBORN SHUMAN
1634 AFTON LANE
ATLANTA, GA 30329

DIAHANN C STRICKLAND
4252 W 21ST PL
CHICAGO, IL 60623

DIANE GHARBI
310 101ST ST
APT 43E
BROOKLYN, NY 11209

DOTMETA LLC
259 HICKS ST NO 3F
BROOKLYN, NY 11201

DOUG CATALANELLO
42 THORN AVE
MOUNT KISCO, NY 10549

E.A. SPRY & CO.  INC.
54 HOLTON STREET
WOBURN, MA 01801

EASYLINK SERVICES
EASYLINK SERVICES CORPORATION
PO BOX 200013
PITTSBURGH, PA 15251-0013

ED ARGOW
15758 REGAL WOODS PLACE
SHERMAN OAKS, CA 91403-4823

ELAINE JENKINS
657 GRANADA PL
SANTA FE, NM 87505

ELIZABETH PASTORIO
8180 MANITOBA ST 339
PLAYA DEL REY, CA 90293

ELIZEBETH FERRARA
41 BATES AVE
WINTHROP, MA 02152

EMMET, MARVIN & MARTIN, LLP
BAYARD S. CHAPIN
120 BROADWAY
32ND FLOOR
NEW YORK, NY 10271

ENCORE NATIONWIDE
2980 COLUMBIA ST
TORRANCE, CA 90503

ENTERCOM COMMUNICATIONS CORP FOR ITSELF
AND ITS SUBSIDIARIES LISTED ON EXHIBIT A
ATTN: JOHN C DONIEVIE ESQ
401 CITY AVE STE 809
BALA CYNWYD, PA 19004

ERIC W COPLIN
8035 SANDORN DR
ROSWELL, GA 30075

ERIK MARTINEZ
2846 E 197TH ST
BRONX, NY 10461

ERIN PENDERGAST
34 RIVER ROAD
BOONTON TOWNSHIP, NJ 07005

ERROL LAWRENCE
23943 CROSSON DRIVE
WOODLAND HILLS, CA 91367

FERNANDO L LACLETTE
1340 GLYNDON DR
PLANO, TX 75023

FRANCES A MATSUOKA
600 BUTTE ST
SAUSALITO, CA 94965

FRANCES MATSUOKA
600 BUTTE ST
SAUSALITO, CA 94965

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

FRANCHISE TAX BOARD
SPECIAL PROCEDURES
PO BOX 2952
SACRAMENTO, CA 95812-2952

FRANCK D CHANTAYAN
CARLTON FIELDS
CITY PLACE TOWER
525 OKEECHOBEE BLVD., SUITE 1200
WEST PALM BEACH, FL 33401-6350

FRANCO RESEARCH GROUP
27 W 24TH STREET  SUITE 400
NEW YORK, NY 10010

FTG TECHNOLOGIES
2 BATTERYMARCH PARK
STE 401
QUINCY, MA 02169-7485

FULBRIGHT & JAWORSKI LLP
ATTY FOR KAZA AZTECA AMERICA INC & AZTEC
ATT ANDREA B SCHWARTZ
666 FIFTH AVENUE
NEW YORK, NY 10103

FULBRIGHT & JAWORSKI LLP
ATTY FOR KAZA AZTECA AMERICA INC & AZTEC
ATT RYAN E. MANNS, ESQ
2200 ROSS AVE
DALLAS, TX 75201

FULBRIGHT & JAWORSKI LLP
ATTY FOR KAZA AZTECA AMERICA INC & AZTEC
ATT TOBY L. GERBER
2200 ROSS AVE
DALLAS, TX 75201

GAIL HARRISON LUCAS
18 SUGARBUSH COURT
WILTON, CT 06897

GARDERE WYNNE SEWELL LLP
ATT: BENJAMIN H. PRICE, ESQ.
ATTY FOR AXCESS MARKETING GROUP, INC.
1601 ELM STREET, SUITE 3000
DALLAS, TX 75201

GARLAND BUILDING COMPANY
31 MILK STREET  SUITE 220
BOSTON, MA 02109

GARVEY SCHUBERT BARER
C/O JOHN WELLS KING
1000 POTOMAC STREET NW
WASHINGTON, DC 20007

GENESIS COMMUNICATIONS INC
2110 POWERS FERRY RD STE 198
ATLANTA, GA 30339

GEORGE E PINE
100 LAKESHORE DR APT 258
N PALM BEACH, FL 33408

GINA A DELGIUDICE
82 MEMPHIS AVE
STATEN ISLAND, NY 10312

GLENN WALDMAN
75 FAIRFIELD WAY APT 11
COMMACK, NY 11725-3424

GRACE M CRUZ
22-11 147TH ST
WHITESTONE, NY 11357

GRAZIA A EGLIN
143 N 22ND ST UNIT A
PHILADELPHIA, PA 19103

GREENBERG TRAURIG, LLP
ATT: JOHN H. BAE, ESQ.
ATTY FOR CBS RADIO, INC.
200 PARK AVENUE
NEW YORK, NY 10166

GREGORY ANGEL
4260 TROOST AVE.
APT. 6
STUDIO CITY, CA 91604

GREGORY F.X. DALY
COLLECTOR OF REVENUE
1200 MARKET ST, RM 110
ST. LOUIS, MO 63103

HAL SASS
12 OAKWOOD AVE
LIVINGSTON, NJ 07039

HANGLEY ARONCHICK SEGAL & PUDLIN
ASHLEY M CHAN
ONE LOGAN SQUARE
27TH FLOOR
PHILADELPHIA, PA 19103

HAYNES AND BOONE, LLP
ATT: DAVID LIEBENSTEIN, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL.
NEW YORK, NY 10020-1007

HEARST RADIO, INC
BRIDGETTE FITZPATRICK, ESQ HEARST CORP
OFFICE OF GENERAL COUNSEL
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

HEATHER SCOTT
35-38 29TH ST APT 3F
ASTORIA, NY 11106

HELENE FRIEDMAN
724 WEST KNOLL DR APT 307
WEST HOLLYWOOD, CA 90069

HODGSON RUSS LLP
ATTY FOR DELL MARKETING, L.P.
ATT: STEPHEN GROSS & MAUREEN BASS
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

HOLLAND & KNIGHT
ATT: STEPHEN BOGORAD, ESQ.
2099 PENNSYLVANIA AVENUE, STE 100
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
ATT: BARBARA R. PARLIN, ESQ.
31 WEST 52ND STREET
NEW YORK, NY 10019

HOLLY CAPELLE
11680 SW SUMMER CREST DR
TIGARD, OR 97223

HOWARD UNIVERSITY
C/O BRYAN CAVE LLP
MICHELLE MCMAHON ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 11201

HOWARD UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
2400 6TH STREET NW
SUITE 321
WASHINGTON, DC 20059

ICBC- NY LLC
3 PARK AVENUE, 40TH FLOOR
NEW YORK, NY 10016

IDCSERVCO
PO BOX 1925
CULVER CITY, CA 90232

ILENE FERGUSON
6 FARM HOLLOW CT
E NORTHPORT, NY 11731

ILLINOIS SECRETARY OF STATE
DEPT OF BUSINESS SERVICES
LIMITED LIABILITY CO DIV
ROOM 359 HOWLETT BUILDING
SPRINGFIELD, IL 62756-0001

IMAGETECH OFFICE SUPPLIES LLC
10 EAST 39TH ST
NEW YORK, NY 10016

INES STOLPE
345 WYNGATE DRIVE
ROCHESTER, MI 48307

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI
ATTN DAVID G. EBERT, ESQ.
ATTY FOR NRG MEDIA, LLC
250 PARK AVENUE
NEW YORK, NY 10177

INTERNAL REVENUE SERVICE
290 BROADWAY
5TH FLOOR
NEW YORK, NY 10007

INTERNATIONAL DEMOGRAPHICS INC
c/o DEBT ACQUISITION COMPANY OF AMERICA
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108

IRIS IRULA
452 N VIRGIL AVE
LOS ANGELES, CA 90004

ISABEL LINARES-MARTINEZ
8763 NW 140 LN
MIAMI LAKES, FL 33018

JACQUELYN BOTTRELL
3445 NEWGATE DR
TROY, MI 48084

JACQUI ROSSINSKY
122 THE CRESCENT
ROSLYN, NY 11577

JADE FRAZIER
215 NORTH AVE #2610
ATLANTA, GA 30308-2428

JAIME JACOBS
5815 DOVERWOOD DR #2
CULVER CITY, CA 90230

JAMES BROWN
1245 #7 FRANCISCAN COURT
CARPINTERIA, CA 93013

JAMES DOUGLAS GALLERY
22 RAILROAD AVE
MONTGOMERY, NY 12549

JAMES L CLEMENTE
22 ELLINGTON DR
EAST NORTHPORT, NY 11731

JAMES P MAZZARELLA
245 KING ST
STATEN ISLAND, NY 10512

JAMES ROMAN
4000 PARKSIDE CENTER BLVD #2125
FARMERS BRANCH, TX 75244

JAN GORE
22817 HARPER LAKE
ST CLAIR SHORES, MI 48080

JANA MARY COSGROVE
360 E 57TH ST 22B
NEW YORK, NY 10022

JANICE BANYON
400 EASTEND STREET
CLEVELAND, MS 38732

JANICE GREENE
77-15 113 ST, APT 5F
FOREST HILLS, NY 11375-7128

JANINE QUINTANA
6701 COLONIAL RD APT 2H
BROOKLYN, NY 11220

JASON L KAPLAN
5625 VALLEY CIRCLE BLVD
WOODLANDS HILLS, CA 91367-4063

JASON ROSE
136 WEST 4TH
APT 3B
NEW YORK, NY 10012

JEFFREY CRAIG KAUFMAN
8886 LAKEVIEW DR
FAIRHOPE, AL 36532

JEFFREY DASHEV
C O RHF MANAGEMENT SVC LLC
10100 SANTA MONICA BLVD NO 1300
LOS ANGELES, CA 90067

JEFFREY WAKEFIELD
46 WEBER AVE
MALVERNE, NY 11565

JENNIFER RUCIER
615 SW 138TH STREET
BURIEN, WA 98166

JENNIFER TARLETON
13 GEOFFREY CT
MANCHESTER TW, NJ 08759-6044

JESSICA A JONES
327 LYCEUM AVENUE
PHILADELPHIA, PA 19128

JESSICA JONES
327 LYCEUM AVE
PHILADELPHIA, PA 19128

JESSICA ROCA
424 WEST 48TH ST APT 4H
NEW YORK, NY 10036

JESSICA SILVER
245 E 72ND ST #2E
NEW YORK, NY 10021

JOAN MCNAMARA HURLBURT
1505 BEAVER CREEK
PLANO, TX 75093

JOHN C HIOCCO
5111 FAIRVIEW TERRACE
WEST NEW YORK, NJ 07093

JOHN CHIOCCO
5111 FAIRVIEW TERRACE
WEST NEW YORK, NJ 07093

JOHN FRASER
1713 FLOWERS DR
CARROLLTON, TX 75007

JOHN SCHELLMAN
1447 CHESTNUT ST APT 4
SAN FRANCISCO, CA 94123

JONATHAN A STIMES
13463 IVY TERRACE
BURNSVILLE, MN 55337

JOSEPHINE SALVO
3014 S LOOMIS
CHICAGO, IL 60608

JOYCE VORDENBAUM
14332 MONTFORT DR #15202
DALLAS, TX 75254

JUDITH A HOUSTON
5551 THREE POINTS BLVD
MOUND, MN 55364

JULIE A HEIDT
4130 SEMINOLE DR
ROYAL OAK, MI 48073

JULIE FEDROFF
51 MAPLE ST
MILLBURN, NJ 07041

JULIE GALLEY
2832 N HAMPTON
GRAND PRAIRIE, TX 75052

JULIE HEIDT
4130 SEMINOLE
ROYALOAK, MI 48073

JULIE QUARM (FORMERLY GALLEY)
4219 OAK MOUNT DR
CARROLLTON, TX 75010

KAREN COLLIER
3260 SHAW ROAD
MARIETTA, GA 30066

KAREN HUGHES
249 MAPLECREST DR
RONKONKOMA, NY 11779-1964

KAREN JAKUBIEC
505 BARRINGTON AVE #7
LOS ANGELES, CA 90049

KAREN JAKUBIEC
532 N GENESEE AVE
LOS ANGELES, CA 90036-1800

KAREN M COMAFAS-MILLER
4332 N SMOKE RIDGE CT
ROSWELL, GA 30075

KARIN HAUBNER
635 RIVER BEND EST DR
ST CHARLES, MO 63303

KATHERINE PYEATT
2215 CEDAR SPRINGS RD #1605
DALLAS, TX 75201

KATHLEEN M OCONNOR
2608 ELBRIDGE ST
PAICA, PA 19149

KATHLEEN M O'CONNOR
2608 ELBRIDGE ST
PHILADELPHIA, PA 19149

KATHLEEN MARY MILLER
ATTN KATHLEEN MILLER
486 PORTLAND AVENUE
ST PAUL, MN 55102

KATHLEEN MILLER
2067 POWERS FERRY RD APT G
MARIETTA, GA 30067

KATHRYN LAMBIS
200 OLD COLLEGE WAY
ATLANTA, GA 30328

KATIE ROSENTHAL
409 W MERCER #205
SEATTLE, WA 98119

KATRINA ITHIER
216 W 108TH ST
APT 5E
NEW YORK, NY 10025

KAY G OLIN
3873 ROSWELL RD APT 6
ATLANTA, GA 30342-4431

KAYE SCHOLER LLP
MARC D. ROSENBERG
425 PARK AVENUE
NEW YORK, NY 10022-3598

KBEZ - RENDA BROADCASTING CORPORATION
STRASSBURGER MCKENNA GUTNICK GEFSKY
FOUR GATEWAY CNTR STE 2200
444 LIBERTY AVE
PITTSBURGH, PA 15222

KCTI-AM GONZALES
GONZALES COMMUNICATIONS
615 ST. PAUL ST.
GONZALES, TX 78629-3551

KEGK-FM FARGO
GREAT PLAINS INTEGRATED MKTG.
64 BROADWAY-BOX 9956
FARGO, ND 58106-9556

KELEHER & MCLEOD, PA
ATT: JAMES L. RASMUSSEN, ESQ.
201 THIRD NW, 12TH FLOOR
ALBUQUERQUE, NM 87102

KELLEY SPRINGER
1690 MOONSEED LANE
SIMI VALLEY, CA 93065

KELLY KARWOSKI
7501 UPPER 20TH ST N
OAKDALE, MN 55128

KEN NANUS
160 RIVERSIDE BLVD #10H
NEW YORK, NY 10069-0708

KESN-FM ESPN RADIO 103.3FM
2221 E LAMAR, STE 300
ARLINGTON, TX 76006

KEVIN J CASSIDY
3932 DOVE CREEK LANE
PLANO, TX 75093-7541

KEVIN R GARRITY
4 WILLIAM PUCKEY DR
CORTLANDT MANOR, NY 10567

KEY EQUIPMENT FINANCE INC
ATTN JONATHAN BRAUN
1000 S MCCASLIN BLVD
SUPERIOR, CO 80027

KFRR-FM FRESNO
WILKS BROADCAST GROUP  LLC
1066 E. SHAW AVE.
FRESNO, CA 93710

KIERAN HUSK
5 DODD RD APT A
WEST CALDWELL, NJ 07006-7620

KIMBERLY KAMPSCHNEIDER
11304 OXFORD PLACE
FRISCO, TX 75035

KMGL - RENDA BROADCASTING CORPORATION
STRASSBURGER MCKENNA GUTNICK GEFSKY
FOUR GATEWAY CNTR STE 2200
444 LIBERTY AVE
PITTSBURGH, PA 15222

KOMA - RENDA BRPADCASTING CORPORATION
STRASSBURGER MCKENNA GUTNICK GEFSKY
FOUR GATEWAY CNTR STE 2200
444 LIBERTY AVE
PITTSBURGH, PA 15222

KSPN-AM ESPN RADIO 710
3321 S LACIENGA BLVD
LOS ANGELES, CA 90016

LAKEEM DWIGHT
3079 PANTHERS TRACE
DEACTUR, GA 30034

LARRY MULLER
13113 WARREN AVE
LOS ANGELES, CA 90066

LATRICIA SIMPSON
1710 N FULLER AVE #511
LOS ANGELES, CA 90046

LAUREN LEMANSKI
7200 TORIN DR NE
ALBUQUERQUE, NM 87122-3369

LEE ANN LONGINOTTI
5727 MONTICELLO AVE
DALLAS, TX 75206

KILPATRICK & ASSOCIATES, P.C.
ATT: LEONORA BAUGHMAN & RICARDO KILPATRI
ATTY FOR OAKLAND COUNTY TREASURER
903 NORTH OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326

KJFX-FM FRESNO
WILKS BROADCASTING GROUP LLC
1066 E. SHAW AVE.
FRESNO, CA 93710

KNWB FM HILO
NEW WEST BROADCASTING CORP
1145 KILAUEA AVE
HILO, HI 96720

KRXO - RENDA BROADCASTING CORPORATION
C/O STRASSBURGER MCKENNA GUTNICK GEFSKY
FOUR GATEWAY CNTR STE 2200
444 LIBERTY AVE
PITTSBURGH, PA 15222

KWXX FM HILO
NEW WEST BROADCASTING CORP
1145 KILAUEA AVE
HILO, HI 96720

LAKEEM DWIGHT
3079 PANTHERS TRACE
DECATUR, GA 30034

LASER TONER & COMPUTER SUPPLY
PO BOX 2010
MOORPARK, CA 93020-2010

LAUREN DORAY
54 VALLEY ST
SPENCER, MA 01562

LAURIE PRACHER
17 BEVERLY RD
PORT WASHINGTON, NY 11050

LES GOLDBERG
1025 WESTCHESTER AVE
STE 305
WHITE PLAINS, NY 10604-3536

LESLY WILBERDING
228 27TH ST
HERMOSA BEACH, CA 90254

LESSA R MORK
85 OLD PHILLIPS HILL RD
NEW CITY, NY 10645

LINCOLN FIN MEDIA CO OF COLORADO KKFN-FM
KQKS-FM/KYGO-FM C/O KATHERINE J CLAYTON
BROOKS PIERCE MCLENDON HUMPHREY & LEONAR
PO BOX 1800
RALEIGH, NC 27602

LINDA L THOMPSON
1000 TIMBERWOOD TRAILS DR
FLORISSANT, MO 63031

LINDA R HILL
38021 27TH ST EAST
PALMDALE, CA 93550-4997

LINDSEY KAMMIN
5231 W OAK ST
OAK LAWN, IL 60453

LINDSEY MCKAY
15319 SE 22ND ST
BELLEVUE, WA 98007

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2323 BRYAN ST
STE 1600
DALLAS, TX 75201

LISA K PADRON
238 HARALSON AVE
ATLANTA, GA 30307

LISA RODRIGUEZ-PACHECO
29 WASHINGTON PLACE EAST
NORTH WHITE PLAINS, NY 10603

LISA SIROTKA SONNENKLAR
64 MOREWOOD OAKS
PORT WASHINGTON, NY 11050

LIVE ART PLANTSCAPES
3351 LA CIENEGA PL
LOS ANGELES, CA 90016

LONNY ANGER
7995 NW 110TH DR
PARKLAND, FL 33076-4725

LORETTA A SMITH
14 STERLING PLACE
BLAUVELT, NY 10913

LORETTA SMITH
14 STERLING PL.
BLAUVELT, NY 10913

LORI EVANS MUNARI
PO BOX 780599
MASPETH, NY 11378-0599

LOTUS BROADCASTING CORP
C/O SZABO ASSOCIATES INC
3355 LENOX ROAD NE 9TH FLOOR
ATLANTA, GA 30326

LOTUS RADIO CORP
C/O SZABO ASSOCIATES INC
3355 LENOX ROAD NE 9TH FLOOR
ATLANTA, GA 30326

LOUIS LOZITSKY
528 ST. ANDREWS PL.
MANALAPAN, NJ 07726

LUCINDA APARICIO
2 SOUTH END AVE NO 9F
NEW YORK, NY 10280

LUCINDA APARICIO
455 E116TH ST
NEW YORK, NY 10035

LYNN KITE
9455 LEAMINGTON ST
SKOKIE, IL 60077

M STREET CORPORATION
PO BOX 442
LITTLETON, NH 03561

MAGOON ENTERPRISES LLC
c/o DACA 2010L, LP
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

MAGOON ENTERPRISES LLC
C/O MORRIS PIHA REAL ESTATE SERVICES INC
PO BOX 53290
BELLEVUE, WA 98015-3290

MAIN LINE BROADCASTING LLC
C/O ECKERT SEAMANS CHERIN & MELLOTT
ATTN: ALAN I MOLDOFF ESQ
50 S 16TH ST 22ND FLOOR
PHILADELPHIA, PA 19102

MARC DIAMANT
35 DEER PATH LN
SYOSSET, NY 11791

MARC G GUILD
107 WHITE PLAINS RD
BRONXVILLE, NY 10708

MARC G GUILD
107 WHITE PLAINS RD
BRONXVILLE, NY 10708

MARC G GUILD
HARRIS CRAMER LLP
3507 KYOTO GARDENS DR
STE 320
PALM BCH GDNS, FL 33410-2799

MARC G GUILD
HERNS CRAMER LLP
3507 KYOTO GARDENS DR
STE 320
PALM BCH GDNS, FL 33410-2799

MARGARET AGSTERIBBE
200 W 16TH ST 12I
NEW YORK, NY 10011

MARGOT FINNERTY
420 EAST 54TH ST APT 375
NEW YORK, NY 10022

MARI ANN CATER
3369 SO CALUMET
CHICAGO, IL 60616

MARI ANN CATER
COLEMAN LAW FIRM, E RICHERT
77 W WACKER DR, STE 4800
CHICAGO, IL 60601

MARIA E LONGO
128 HUDSON AVE
RIDGEFIELD PARK, NJ 07660

MARIAN CRAIG
601 S CLOVERDALE AVE NO 306
LOS ANGELES, CA 90036

MARILYN GUZMAN
304 WILSON AVE APT 14
FAIRVIEW, NJ 07022-2072

MARK R FITZGERALD
1826 SMITH RD
NORTHBROOK, IL 60062

MARTHA ZAMIRSKI
42 FARVIEW DR
HACKETTOWN, NJ 07840

MARY LOU ANELLO
1665 RIDGE ROAD
HOMEWOOD, IL 60430

MARYLIN GUZMAN
304 WILSON AVENUE
FAIRVIEW, NJ 07022

MATT MECS
305 E 40TH ST 3X
NEW YORK, NY 10016

MATTHEW BOURKE
100 BOATSWAINS WAY
UNIT 301
CHELSEA, MA 02150

MAYA SZYMANSKI
400 NE 87TH
EL PORTAL, RI 33138

MEDIA FINANCIAL SERVICES INC
ATTN: TRACEY KARM
2090 PALM BEACH LAKES BLVD
SUITE 300
WEST PALM BEACH, FL 33409

MEDIAMARK RESEARCH INC
75 NINTH AVE NO 5R
NEW YORK, NY 10011

MEGA COMMUNICATIONS LLC
C/O COZEN O'CONNOR
ATTN ERIC L SCHERLING, ESQ
1900 MARKET STREET
PHILADELPHIA, PA 19103

MEGAN CARSON
322 DORCHESTER ST APT #2
BOSTON, MA 02127

MEGAN CARSON
322 DORCHESTER ST APT #2
S BOSTON, MA 02127

METROPOLITAN LIFE INSURANCE COMPANY
ATTN DAVID GLIDERNEW
3500 LENOX RD STE 1800
ATLANTA, GA 30326

MIAMI DADE COUNTY TAX COLLECTOR
MIAMI DADE COUNTY BANKRUPTCY UNIT
140 W FLAGLER ST STE 1403
MIAMI, FL 33130

MIAMI-DADE COUNTY TAX COLLECTOR
MIAMI-DADE COUNTY BANKRUPTCY UNIT
140 W FLAGLER ST
STE 1403
MIAMI, FL 33130

MICHAEL A PROJANSKY
23101 WELBY WAY
WEST HILLS, CA 91307

MICHAEL BELLANTONI
26 BAYBERRY RD
ARMONK, NY 10504

MICHAEL J RICH
C/O FRED STEVENS
FOX ROTHSCHILD LLP
100 PARK AVE 15TH FL
NEW YORK, NY 10017

MICHAEL J WALSH
437 HENRY ST
SCOTT PLAINS, NJ 07076

MICHAEL KIRSCHENBAUM
13600 MARINA POINTE DR #608
MARINA DEL REY, CA 90292

MICHAEL KIRSCHENBAUM
933 11TH ST., APT #1
SANTA MONICA, CA 90403

MICHAEL L DEAMICIS
3511 BONAIRE BLUFF
MARIETTA, GA 30066

MICHAEL MCINTYRE
121 HERNING AVENUE
CRANFORD, NJ 07016

MICHAEL NADEAU
382 RIVERWAY #1
BOSTON, MA 02115

MICHAEL NADEAU
382 RIVERWAY ST #1
BOSTON, MA 02115

MICHAEL S FERRANTI
128 LARUE DRIVE
HUNTINGTON, NY 11743

MICHAEL WALTER
1920 6TH ST APT 352
SANTA MONICA, CA 90405

MICHELLE BLEVINS
3807 BOULDER DR
TROY, MI 48084

MICHELLE MULLIN
19 WO42 AVENUE NORMANDY E
OAK BROOK, IL 60523-1054

MICRA
1155 CONNECTICUT AVE NW NO 900
WASHINGTON, DC 20036

MICRA
ATTN ELLEN SLUSARCZYK
1155 CONNECTICUT AVE NW NO 900
WASHINGTON, DC 20036

MICROSOFT CORP & MICROSOFT LICENSING GP
C O JOSEPH E SHICKICH JR
RIDDELL WILLIAMS PS
1001 4TH AVE STE 4500
SEATTLE, WA 98154-1192

MICROSOFT CORP & MICROSOFT LICENSING GP
C/O JOSEPH E SHICKICH JR
RIDDELL WILLIAMS PS
1001 4TH AVE SUITE 4500
SEATTLE, WA 98154-1192

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
STEVEN A GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

MOOMJIAN WAITE WACTLER & COLEMAN
ATT: LONNIE COLEMAN
100 JERICHO QUADRANGLE
JERICHO, NY 11753

MORRISON AND ABRAHAM INC
AVAYA INC
C O  RMS BANKRUPTCY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

MR KIRK COMBS
292 SOUTH IRVING ST
RIDGEWOOD, NJ 07450

N. MAYA SZYMANSKI
1235 MERIDIAN AVE APT 6
MIAMI, FL 33139-4403

NANCY KAHN
301 E 73RD ST APT 10C
NEW YORK, NY 10021

NAOMI TRINKO
77 W HURON ST #1408
CHICAGO, IL 60654

NATURE SPRINGS WATER CO
55 FRANKLIN STREET
NEEDHAM, MA 02494

NEC FINANCIAL SERVICES INC
300 FRANK W BURR BLVD
TEANECK, NJ 07666

NETWORK ONE COMPUTER SYSTEMS
13428 ELEVEN MILE RD
WARREN, MI 48089

NEW YORK CHRONICLE
400 POST AVE   SUITE 205
WESTBURY, NY 11590

NEW YORK CHRONICLE INC
400 POST AVE STE 205
WESTBURY, NY 11590

NEW YORK CITY DEPARTMENT OF FINANCE
ATTN: ALAN EMDIN
C/O OFFICE OF LEGAL AFFAIRS
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NICHOLE BLACK
324 SUMMIT AVE
WEBSTER GROVES, MO 63119

NICOLA G CASSIDY
3932 DOVE CREEK LN
PLANO, TX 75093-7541

NICOLAS PANGBORN
125 N BRIGHTON ST APT 218
BURBANK, CA 91506

NICOLE PARISE
3 MAPLE COURT
RYE BROOK, NY 10573

NIEVES K MARTINEZ
9907 ECHO PLAIN
SAN ANTONIO, TX 78245

NY MARKET RADIO ASSOC NYMRAD
DEBORAH BEAGAN
125 W 55TH ST 21ST FL
NEW YORK, NY 10019

NY MARKET RADIO ASSOC NYMRAD
DEBORAH BEAGAN
NYMRAD
125 W 55TH ST 21ST FL
NEW YORK, NY 10019

NY MARKET RADIO ASSOCIATION NYMRAD
DEBORAH BEAGAN
NYMRAD
125 W 55TH ST 21ST FL
NEW YORK, NY 10019

NY STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

O BRYANT ELECTRIC
20417 NORDHOFF ST
CHATSWORTH, CA 91331

OAKLAND COUNTY TREASURER
1200 N TELEGRAPH ROAD
DEPARTMENT 479
PONTIAC, MI 48341

OCE IMAGISTICS
PO BOX 856193
LOUISVILLE, KY 40285

OFFICE DEPOT
2200 OLD GERMANTOWN RD
DELRAY BEACH, FL 33445

OFFICE OF THE UNITED STATES TRUSTEE
ELISABETTA GASPARAINI
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

OMAR BUTLER
118-39 LAKEVIEW BLVD EAST
JAMAICA, NY 11434

PAMAL BRAODACASTING LTD
ATTN JOHN VANDENBURGH
7A JOHNSON RD
LATHAM, NY 12110

PAMELA CHRISTY
16036 CHALFONT CIR
DALLAS, TX 75248-3544

PATRICIA F DOLLIFF
249 CHESTNUT ST
BRISTOL, RI 02809

PATRICIA MICHELE CORBIN
508 PHILMAR COURT
APT B
SPRINGFIELD, PA 19065-3066

PAUL J PARZUCHOWSKI
PO BOX 314
CRARYVILLE, NY 12521

PAUL WEISS RIFKIND WHARTON GARRISON LLP
ALAN W. KORNBERG
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PC CONNECTION SALES CORP
C/O STEVEN E. GRILL, ESQ
DEVINE MILLIMET & BRANCH, P.A.
111 AMHERST ST
MANCHESTER, NH 3101

PENNSYLVANIA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY DIVISION
PO BOX 280946
GARRUSBURG, PA 17128-0946

OLD TOWN AQUARIUM
1538 NORTH WELLS
CHICAGO, IL 60610

ONE COMMUNICATIONS
JANICE RONAN
313 BOSTON POST RD W
MARLBOROUGH, MA 01750

PAMELA BENJAMIN
41 WEST 112 STREET #12L
NEW YORK, NY 10026

PATRICIA COVELL
1825 WEST SUNNYSIDE AVE
CHICAGO, IL 60640

PATRICIA JOHNSON
3088 PREAKNESS CT
AURORA, IL 60502

PATTON BOGGS
2550 M ST NW
WASHINGTON, DC 20037

PAUL KLEIN
310 E 70TH ST APT 1B
NEW YORK, NY 10021

PAUL WEISS RIFKIND WHARTON GARRISON LLP
ALICE EATON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PEAK ENERGY SYSTEM
309 RALPH AVE
COPIAGUE, NY 11726

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

PETER DANISH, DANISH MEDIA LLC
50 N BROADWAY, UNIT 20
NYACK, NY 10960

PHIL BROWN
83 STURGES HWY
WESTPORT, CT 06880

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

PLATINUM TOWER ASSOCIATES LTD LP
PARKER HUDSON RAINER & DOBBS LLP
C/O ERIC ANDERSON
285 PEACHTREE CENTER AVENUE SUITE 1500
ATLANTA, GA 30307

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST - RM 900
DENVER, CO 80202-2658

RACHEL FORD
930 JESSAMINE DR
OSWEGO, IL 60543

RADIO DISNEY GROUP, LLC
TANYA MENTON, VP/COUNSEL, ABC INC
77 W 66TH ST, 15TH FL
NEW YORK, NY 10023-6298

RADIO INK
1901 S CONGRESS AVE STE 118
BOYNTON BEACH, FL 33426-6549

RADIO REP REPORTS INC
910 STUART AVE APT 40
MAMARONECK, NY 10543-4133

RADIO REP REPORTS INC
ATTN: SHEILA LAHEY
910 STUART AVE
MAMARONECK, NY 10543

RALPH C GUILD
10 SOUTH LAKE TRAIL
PALM BEACH, FL 33480

RALPH C GUILD
10 SOUTH LAKE TRAIL
PALM BEACH, FL 33480

RALPH C GUILD
DEWET & LEBOEUF LLP
ATTN: TIMOTHY Q KARCHER & SAMUEL S KOHN
1301 AVE OF THE AMERICAS
NEW YORK, NY 10019

RALPH C GUILD
DEWEY & LEBOEUF LLP
ATTN TIMOTHY Q KARCHER & SAMUEL S KOHN
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

RAPHAEL E HOCKSTEIN
41-09 GLENWOOD ST
LITTLE NECK, NY 11363

RAQUEL-MARIA MANNING
C/O RAQUE MANNING
1062 74TH ST
BROOKLYN, NY 11228

RAY H. ROSENBLUM
MEDIA BROKER/CONSULTANT/APPRAISER
P.O. BOX 38296
PITTSBURGH, PA 15238-8296

RED ZEBRA BROADCASTING LLC
ATTN: TIM DADSON
ASSISTANT GENERAL COUNSEL
21300 REDSKIN PARK DRIVE
ASHBURN, VA 20147

REGIONAL REPS CORP.
ATT: STUART J. SHARPE
1100 CHESTER AVE.
CLEVELAND, OH 44115-1404

RICHARD FARQUHAR
4947 LAKELAND DR
MARIETTA, GA 30068

RICHARD H CHAPMAN
8642 CAPRI
DALLAS, TX 75238

RICHARD SCHWARTZ
23717 BURTON ST
WEST HILLS, CA 91304-5703

ROBERT AUDY
11 RIVERSIDE DR #151W
NEW YORK, NY 10023

ROBERT AUDY
C O INTEREP NATIONAL RADIO SALES
100 PARK AVE 5TH FL
NEW YORK, NY 10017

ROBERT C NEVILLE
1935 5TH ST
KIRKLAND, WA 98033

ROBERT HOLLAND
4804 EDINBURGH DR
SMYRNA, GA 30082

ROBERTO RAFALOWSKY
1575 CENTER AVE APT #1D
FORT LEE, NJ 07024

ROBIN H SCHWARTZ
195 ARIZONA AVE NE #146
ATLANTA, GA 30307

ROCKY CRAWFORD
1702 CYPRESS DR
IRVING, TX 75061

ROQUE NOYOLA
12 PINEHURST AVENUE
APT 4C
NEW YORK, NY 10033

RYAN KAPLAN
401 EAST 34TH ST.
APT. S15E
NEW YORK, NY 10016

RYAN ROMERO
350 HERMOSA AVE APT 9
HERMOSA BEACH, CA 90254-5041

SALLY W ALZAPIEDI
31-75 30TH ST
ASTORIA, NY 11106

SANDRA FLOWERS
1 LAKE LN
HICKORY CREEK, TX 75065

SANDRA ORLANDI
5625 CRESCENT PARK WEST
# 403
PLAYA VISTA, CA 90094-2079

SARAH DUPERRON
PO BOX 684
BURBANK, CA 91503-0684

SARAH KIESSHAUER
810 FLAGSTONE LN SE
MARIETTA, GA 30067-2709

SCOTT BRODY
25399 THE OLD RD #1303
STEVENSON RANCH, CA 91381

SEAN JODY
361 E 10TH ST #1
NEW YORK, NY 10009

SECURITIES & EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
NATHAN M. FUCHS, ESQ.
NEW YORK REGIONAL OFFICE
233 BROADWAY
NEW YORK, NY 10279

SERGIO R AGUILAR
17096 COLLINS AVE - APT D508
SUNNY ISLES BEACH, FL 33160

SHANE T LYNCH
263 W 25TH ST APT 5E
NEW YORK, NY 10001-7104

SHANNA BUSTILLOS
1135 ESTERS RD #1013
IRVING, TX 75061

SHANNA M BUSTILLOS
1135 ESTERS RD #1013
IRVING, TX 75061

SHARI H KANTOR
2911 MARBLE CREST DR
LAND O LAKES, FL 34638

SHARON FARRELL
913 N SWEETZER AVE NO C
W HOLLYWOOD, CA 90069

SHARON HORWATH
3412 S LOMBARD
BERWYN, IL 60402

SHARON SHAW
14923 W SUNSET BLVD
PACIFIC PALISADES, CA 90272

SHARON SHAW
C/O RICHARD T BAUM ESQ
11500 WEST OLYMPIC BLVD
SUITE 400
LOS ANGELES, CA 90064

SHEILA B ARMOUR
9729 STONEMASTERS DRIVE
LOVELAND, OH 45140-6212

SHEILA BREWSTER ARMOUR
9729 STONEMASTERS DR
CINCINNATI, OH 45140

SHEILA F KIRBY
3730 N LAKE SHORE DR
APT 7B
CHICAGO, IL 60613

SHERI TOBIN
6710 VARIEL AVE APT 308
WOODLAND HLS, CA 91303-4802

SHERYL JOHNSON HATFIELD
4326 WILLOW LN
DALLAS, TX 75244

SIERRA SIGN IMAGES
PO BOX 367
MONTROSE, CA 91021-0367

SIGNAL MEDIA OF ARKANSAS INC
ATTN MS TERRI MAHAN
PO BOX 251304
LITTLE ROCK, AR 72225

SILVER POINT FINANCE LLC
ATTENTION CHARLES TAUBER
2 GREENWICH PLAZA FIRST FLOOR
GREENWICH, CT 06830

SILVER POINT FINANCE LLC
ATTN ALAN W KORNBERG & ALICE B EATON
C/O PAUL WEISS RIFKIN WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

SILVER POINT FINANCE LLC
ATTN ALI KELLY
C/O VINSON & ELKINS
666 FIFTH AVENUE 26TH FLOOR
NEW YORK, NY 10103-0040

SILVER POINT FINANCE LLC
ATTN HARRIS SHEIKH
2 GREENWICH PLAZA FIRST FLOOR
GREENWICH, CT 06830

SILVERMAN ACAMPORA LLC
ATTN: ADAM ROSEN, COUNSEL TO
KENNETH SILVERMAN CHAPTER 7 TRUSTEE
100 JERICHO QUADRANGLE - SUITE 300
JERICHO, NY 11753

SLG 100 PARK LLC
ATTN JOELLE B TAUB ESQ
C O STEMPEL BENNETT CLAMAN & HOCHBERG PC
675 3RD AVE 31ST FL
NEW YORK, NY 10017

SLG 100 PARK LLC
C/O STEMPEL BENNETT CLAMAN & HOCHBERG PC
675 THIRD AVENUE
ATTN:  EDMOND P. O'BRIEN
NEW YORK, NY 10017

SONNENSCHEIN NATH & ROSENTHAL LLP
MICHAEL CARNEY
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SOPHIA LOPEZ
2044 CRESCENT ST #1C
ASTORIA, NY 11105

SOUTHERN PROGRESS CORPORATION
ATTN ANDREW LACHOW
C O TIME INC
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SOUTHERN PROGRESS CORPORATION / TIME INC
ANDREW B LACHOW
VP & DEPUTY GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

SP 100 SOUTH 5TH ST LLC
C O FIFTH ST OWNER CORP
100 SO 5TH ST, STE 200
MINNEAPOLIS, MN 55402

SPANISH BROADCASTING INC
2601 S Bayshore Drive
Suite 400
Attn Melanie Montenegro, Esq.
Coconut Grive, FL 33133

SPANISH BROADCASTING INC
KAYE SCHOLER LLP
425 PARK AVENUE
ATTN ANDREW KRESS
NEW YORK, NY 10022

SPANISH BROADCASTING SYSTEM, INC.
2601 S Bayshore Drive
Suite 400
Att Melanie Montenegro, Esq.
Coconut Grove, FL 33133

SPANISH BROADCASTING SYSTEM, INC.
KAYE SCHOLER LLP
425 PARK AVENUE
ATTN: ANDREW KRESS
NEW YORK, NY 10022

STAN MOORE
3212 WILLOW LN
HARRISBURG, PA 17110

STANDARD COFFEE SERVICE CO
PO BOX 60098
NEW ORLEANS, LA 70160-9990

STANDARD PARKING
c/o DACA 2010L, LP
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

STARCOM
35 WEST WACKER DR 7TH FL
CHICAGO, IL 60601

STATE OF MICHIGAN
JUANDISHA M HARRIS
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT, MI 48202

STATE OF MICHIGAN
MICHAEL A. COX
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT, MI 48202

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
675 THRID AVENUE
31ST FLOOR
NEW YORK, NY 10017

STEPHANIE HERGET
4 WALDEMAR AVENUE
WINTHROP, MA 02152

STEPHANIE LYNN BOWER
725 24TH PL
HERMOSA BEACH, CA 90254-2204

STEPHEN MOORE
1357 COLLINS AVE APT A4
MIAMI BEACH, FL 33139-4230

STEVEN FORREST
1155 JONES ST APT 309
SAN FRANCISO, CA 94109-4275

STEVEN KRICK
53 TOMLINSON RD
SEYMOUR, CT 06483

STEVEN R KRICK C P M
53 TOMLINSON RD
SEYMOUR, CT 06483

STEVENS & LEE PC
JOCELYN KEYNES
485 MADISON AVE
20TH FL
NEW YORK, NY 10022

STEVENS & LEE PC
NICHOLAS F KAJON
485 MADISON AVE
20TH FL
NEW YORK, NY 10022

STRATA MARKETING INC
30 W MONROE STREET
CHICAGO, IL 60603

STREUSAND & LANDON LLP
ATTY FOR DELL MARKETING, L.P.
ATT: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166

STROOCK & STROOCK & LAVAN LLP
ATTY FOR SOUTHPAW ASSET MANAGEMENT LP
ATT EREZ E. GILAD
180 MAIDEN LN
NEW YORK, NY 10038

STROOCK & STROOCK & LAVAN LLP
ATTY FOR SOUTHPAW ASSET MANAGEMENT LP
ATT KRISTOPHER M. HANSEN
180 MAIDEN LN
NEW YORK, NY 10038

SUSAN BESSIRE FRASER
1713 FLOWERS DR
CARROLLTON, TX 75007

SUSAN BESSIRE KRASER
1713 FLOWERS DR
CARROLLTON, TX 75007

SUZAN L KANE
410 OHIO AVE
FOLSOM, PA 19033

SUZI HANNAH KRUPP
4638 N KILBOURN
CHICAGO, IL 60630

SYLVIA FURCAP
167 DARWIN AVE
RUTHERFORD, NJ 07070-1322

TAMARA EADINGTON
1730 CAMDEN AVE NO 106
LOS ANGELES, CA 90025

TAMMY PERRY
110 S SWEETZER AVE #112
LOS ANGELES, CA 90048

TARA RAE NAVARRO
12402 100TH ST N
STILLWATER, MN 55082

TARGET BROADCAST SALES INC
280 AVE RD
TORONTO ON M4V 2G7 CANADA

TASHA ARMSTEAD
2598 OAK RD NO 188
WALNUT CREEK, CA 94597

TASHA ARMSTEAD
2598 OAK ROAD #188
WALNUT CREEK, CA 94597

TAYLOR LEVINE
773 EAST 6TH ST
SOUTH BOSTON, MA 02127

TD BANK NA
C/O BUCHANAN INGERSOLL & ROONEY PC
ATTN: NOLA R BENCZE ESQ
700 ALEXANDER PARK - SUITE 300
PRINCETON, NJ 08540

TERRY J SMITH
1311-E GATEVIEW AVE
SAN FRANCISCO, CA 94130

THAO SCANNELL
727 ASHLAND AVE #10
SANTA MONICA, CA 90405

THE BANK OF NEW YORK
ATTN DAVID KERR
101 BARCLAY ST 8W
NEW YORK, NY 10286

THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK
101 BARCLAY STREET 8-W
ATTN DAVID M KERR
NEW YORK, NY 10286

THE BANK OF NEW YORK TRUST COMPANY, N.A.
GERALDINE CRESWELL
10161 CENTURION PARKWAY N.
JACKSONVILLE, FL 32256

THELMA J SIRKIN
4 MATTHEW LANE
MANSFIELD, MA 02048

THOMAS E HOWE
658 LINCOLN AVE
LAKE BLUFF, IL 60044

THOMAS F COSGROVE
115 MAYBECK ST
NOVATO, CA 94949

THOMAS FARRELL
615 ANGEL RD APT 304
BURLINGAME, CA 94010

THOMAS J MANCUSI
36 WEST BLVD
EAST ROCKAWAY, NY 11518

THOMAS MARSILLO
25 LAUREL BROOK ROAD
LINCROFT, NJ 07738

THOMAS MCKINLEY
C O MEDIA SERVICES GROUP
45 PARK PL SO NO 146
MORRISTOWN, NJ 07960

THRUWAY COURT OF TALLAHASSEE
290 ELWOOD DAVIS RD STE 290
LIVERPOOL, NY 13088

TIFFANY BAROCAS
300 EAST 34TH ST APT 16B
NEW YORK, NY 10016

TIFFANY DOWNING
24787 RENSSELAER ST
OAK PARK, MI 48237

TIFFENY BAROCAS
200 E 66TH ST APT E0903
NEW YORK, NY 10065

TIME WARNER TELECOM INC.
ATT: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

TNS MEDIA INTELLIGENCE
PO BOX 7247 9301
PHILADELPHIA, PA 19170-9301

TOBY SCHLESINGER
21778 CYPRESS DRIVE #22A
BOCA RATON, FL 33433

TOM RUBINIC
65 SYLVIA LANE
NEW HYDE PARK, NY 11040

TONIANN NAVARRA
103 BAY 34TH ST
BROOKLYN, NY 11214

TRACY QUEEN
20 WISTERIA WOODS
HIRAM, GA 30141

TRANSAMERICA REALTY
INVESTMENT PROPERTIES LLC
ATTENTION: BILL SINDLINGER
4333 EDGEWOOD ROAD N.E.
CEDAR RAPIDS, IA 52499-5220

TRANSAMERICA REALTY INVESTMENT
PROPERTIES LLC
ATTENTION: BILL SINDLINGER
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IA 52499-5220

TRANSWESTERN GENERAL AGENCY
RICHARD G. DAFOE
VINCENT LOPEZ SERAFINO & JENEVEIN PC
1601 ELM ST STE 1400
DALLAS, TX 75201-7274

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATT: CHARLES A. JONES, ESQ.
ATTY FOR XL SPECIALTY INSURANCE COMPANY
401 9TH STREET, N.W. SUITE 1000
WASHINGTON, DC 20004

TUDOR ELECTRICAL SUPPLY CO INC
224 226 EAST 46TH ST
NEW YORK, NY 10017

UNA VEZ MAS, LP
C/O TOBY L GERBER ESQ, RYAN E MANNS ESQ
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE STE 2800
DALLAS, TX 75201

UNITED STATES BANKRUPTCY COURT
JUDGE ROBERT D. DRAIN
ONE BOWLING GREEN
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
KAREN GOLDSTEIN
ONE BOWLING GREEN
SOUTHERN DISTRICT OF NEW YORK
NEW YORK, NY 10004

UNITED STATES TRUSTEE
33 WHITEHALL ST 21ST FL
NEW YORK, NY 10004

UNITED STATES TRUSTEE
ATTN: PAUL K SCHWARTZBERG
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

UNITED STATES TRUSTEE
ATTN: PAUL K SCHWARTZBERG
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES TRUSTEE FOR THE SOUTHERN
DISTRICT OF NEW YORK
33 WHITEHALL ST 21ST FLOOR
NEW YORK, NY 10004

UNTED STATES TRUSTEE FOR THE SOUTHERN
DISTRICT OF NEW YORK
33 WHITEHALL ST 21ST FLOOR
NEW YORK, NY 10004

VACONNA HARDIN
1013 WHITFIELD CT
SMYRNA, GA 30080

VENN STRATEGIES  LLC
805 15TH STREET  NW
SUITE 650
WASHINGTON, DC 20005

VERIZON BUSINESS GLOBAL LLC
C O DARRELL W CLARK
STINSON MORRISON HECKER LLP
1150 18TH ST STE 800
WASHINGTON, DC 20036

VERIZON WIRELESS NORTHEAST
PO BOX 3397
BLOOMINGTON, IL 61701

VICTOR BALABAN
12 CROSSHILL RD
HARTSDALE, NY 10530

VINSON AND ELKINS LLP
HARRY ALLAN PERRIN
1001 FANNIN ST
23RD FL
HOUSTON, TX 77002

WALLIN SIMON & BLACK
1325 AVE OF THE AMERICAS
NEW YORK, NY 10019

WASHINGTON STATE DEPARTMENT OF REVENUE
ATTN WILLIA BENNETT
2101 4TH AVE SUITE 1400
SEATTLE, WA 98121-2300

WEAE-AM ESPN RADIO 1250
400 ARDMORE BLVD
PITTSBURGH, PA 15221

V2 STRATEGIC ADVISORS
40 CORNWALL ST
PORTSMOUTH, NH 03801

VALERIE J WILSON
11326 MAIDEN ST
DETROIT, MI 48213

VERIZON BUSINESS GLOBAL LLC
ATTN DARRELL W CLARK
STINSON MORRISON HECKER LLP
1150 18TH ST N W SUITE 800
WASHINGTON, DC 20036-3816

VERIZON INC
AFNI/VERIZON
404 BROCK DR
BLOOMINGTON, IL 61701

VERONICA DOUGLASS
100 WILSON RD APT 37
SPRINGFIELD, NJ 07081-2180

VINSON AND ELKINS LLP
ANU MEHTA
666 FIFTH AVENUE
26TH FLOOR
NEW YORK, NY 10103

VINSON AND ELKINS LLP
JANE LEE VRIS
666 FIFTH AVENUE
26TH FLOOR
NEW YORK, NY 10103

WARNER RUSH
ATTN FRED STEVENS
C O FOX ROTHSCHILD LLP
100 PARK AVE 15TH FL
NEW YORK, NY 10017

WBBB-FM RALEIGH
CURTIS MEDIA GROUP
3012 HIGHWOODS BLVD-SUITE 201
RALEIGH, NC 27604

WEST HURON JOINT VENTURE
720 E WISCONSIN AVE
MILWAUKEE, WI 53202

WGNE - RENDA BROADCASTING CORPORATION
STRASSBURGER MCKENNA GUTNICK GEFSKY
FOUR GATEWAY CNTR STE 2200
444 LIBERTY AVE
PITTSBURGH, PA 15222

WPTF-AM RALEIGH
CURTIS MEDIA GROUP
3012 HIGHWOODS BLVD-SUITE 201
ATT: CRYSTAL SMITH
RALEIGH, NC 27604-1031

WQDR FM RALEIGH
CURTIS MEDIA GROUP
ATTN CRYSTAL SMITH
3012 HIGHWOODS BLVD STE 201
RALEIGH, NC 27604

WRTS-FM ERIE
CONNOISSEUR MEDIA
ONE BOSTON STORE PLACE
ERIE, PA 16501

WTWF FM ERIE
CONNOISSEUR MEDIA
ONE BOSTON STORE PL
ERIE, PA 16501

WYCT
7251 PLANTATION RD
PENSACOLA, FL 32504-6334

WILLIAM J MCENTEE
11222 ISLE BROOK CT
WELLINGTON, FL 33414

WQAM AM MIAMI FT LAUDERDALE
BEASLEY BROADCAST GROUP
ATTN MARIO RESTREPO
3033 RIVIERA DR STE 200
NAPLES, FL 34103-2748

WRKT-FM ERIE
CONNOISSEUR MEDIA
ONE BOSTON STORE PL
ERIE, PA 16501

WSJS AM F 600
ATTN CRYSTAL SMITH
3012 HIGHWOODS BLVD STE 201
RALEIGH, NC 27604

WWMY-FM RALEIGH
CURTIS MEDIA GROUP
3012 HIGHWOODS BLVD-SUITE 201
RALEIGH, NC 27604-1031

WYMY-FM RALEIGH
CURTIS MEDIA GROUP
3012 HIGHWOODS BLVD-SUITE 201
ATT: CRYSTAL SMITH
RALEIGH, NC 27604-1031