> **YOU ARE RECEIVING THESE DOCUMENTS BECAUSE YOUR CLAIM AGAINST INTEREP NATIONAL RADIO SALES, INC. *ET AL.* IS BEING CHALLENGED FOR THE REASONS DESCRIBED IN THIS OBJECTION. YOU ARE NOT REQUIRED TO RESPOND TO THIS OBJECTION, BUT IF YOU DO NOT RESPOND, YOUR CLAIM MAY BE REDUCED AND RECLASSIFIED AS PROVIDED IN THIS OBJECTION. YOU SHOULD CONSIDER CONSULTING WITH AN ATTORNEY REGARDING THIS OBJECTION AND YOUR RIGHTS.**

**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
  Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
516-479-6300
Edward M. Flint
Brett S. Silverman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 7
                                                Case No. 08-11079 (RDD)
INTEREP NATIONAL RADIO
SALES, INC., *et al.*,                          (Substantively Consolidated)

                    Debtors.
-------------------------------------------------------------x

### NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 1035 FILED BY SOUTHERN PROGRESS CORPORATION

**PLEASE TAKE NOTICE**, that Kenneth P. Silverman, Esq. (the "Trustee"), the chapter 7 trustee of the substantively consolidated estates of Interep National Radio Sales, Inc., *et al*. (collectively, the "Debtors") has filed his objection to Proof of Claim No. 1035 (the "Claim") filed by Southern Progress Corporation seeking an order expunging the Claim (the "Objection"), and granting the Trustee such further relief as this Court deems just and proper. A hearing (the "Hearing") will be held to consider the Objection on **October 4, 2011, at 10:00 a.m.** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, The Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE**, that responses or answering papers to the

Objection, if any, shall be (i) made in writing, (ii) filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, The Honorable Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, with a hard copy delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, The Honorable Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, and (iii) served in accordance with General Order M-399 and a copy served upon and received by SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brett S. Silverman, so as to be received no later than **September 28, 2011 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that copies of the Objection are on file with the Clerk of the Bankruptcy Court and may be obtained from counsel for the Trustee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brett S. Silverman, (516) 479-6300.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice other than the announcement of such adjournment in open Court or by the filing of a notice of adjournment on the docket sheet for the Debtors' case.

Dated: Jericho, New York
      July 25, 2011

                                      **SILVERMANACAMPORA LLP**
                                      Attorneys for the Kenneth P. Silverman, Esq.,
                                          The Chapter 7 Trustee

                                    By: _s/ Edward M. Flint_____
                                          Edward M. Flint
                                          Brett S. SIlverman
                                    100 Jericho Quadrangle, Suite 300
                                    Jericho, New York 11753
                                    (516) 479-6300